## CONSUMERS ALUMINUM CO. v. DRESSER.
### No. 3404.

Circuit Court of Appeals, Tenth Circuit.

Sept. 18, 1946.

Nathan Kobey and Robert S. Mitchell, both of Denver, Colo., for appellant.

Norma Comstock, of Denver, Colo. (Norman H. Comstock, of Denver, Colo., on the brief), for appellee.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

This is an appeal from an order dismissing a petition of the Consumers Aluminum Company for reorganization under Chapter 10 of the Bankruptcy Act, 11 U.S.C.A. §

501 et seq., on the ground that it was not filed in good faith. It is our opinion that the facts disclosed by the record support the conclusion of the trial court.

The order is affirmed.